B1 (Official Form 1) (12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cesario, Erika K** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**fka Erika K Lorenzini** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **0290** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**3011 Hoffman St**<br>**Plano, IL**<br>ZIPCODE **60545** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Kendall** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [✓] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)
  _____

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [✓] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [✓] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [✓] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cesario, Erika K** |
|---|---|

### All Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **None** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X */s/ Darrell L. Jordan*   1/17/12
Signature of Attorney for Debtor(s)   Date

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Cesario, Erika K** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. X */s/ Erika K Cesario*  Signature of Debtor  **Erika K Cesario** X _____  Signature of Joint Debtor _____  Telephone Number (If not represented by attorney) **January 17, 2012** Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only **one** box.) ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. X _____  Signature of Foreign Representative _____  Printed Name of Foreign Representative _____  Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Darrell L. Jordan*  Signature of Attorney for Debtor(s) **Darrell L. Jordan** **Law Offices of Darrell L. Jordan** **1999 W Galena Blvd, Suite B** **Aurora, IL  60506** **(630) 897-1534  Fax: (630) 897-1537** **January 17, 2012** Date *\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.* | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. _____  Printed Name and title, if any, of Bankruptcy Petition Preparer _____  Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) _____  Address |
| **Signature of Debtor (Corporation/Partnership)** | X _____  Signature _____  Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above. Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. X _____  Signature of Authorized Individual _____  Printed Name of Authorized Individual _____  Title of Authorized Individual _____  Date | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
# Northern District of Illinois

**IN RE:**                                                                             Case No. _____

**Cesario, Erika K**                                              Chapter **7**
Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Erika K Cesario***

Date: **January 17, 2012**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

**IN RE:**                                                                                          Case No. _____

**Cesario, Erika K**                                                                           Chapter **7**
_____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **64**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 17, 2012**          */s/ Erika K Cesario*
                                                        Debtor

                                                        _____
                                                        Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Cesario, Erika K
3011 Hoffman St
Plano, IL  60545

Children Of America
741 Prairie Pointe Drive
Yorkville, IL  60560

Enhanced Recovery Company LLC
8014 Bayberry Rd
Jacksonville, FL  32256

Law Offices of Darrell L. Jordan
1999 W Galena Blvd, Suite B
Aurora, IL  60506

Codilis & Associates, PC
15 W 030 North Frontage Road
Burr Ridge, IL  60527

Eos CCA
700 Longwater Dr
Norwell, MA  02061

Accounts Receivable Management Inc
PO Box 129
Thorofare, NJ  08086

Comcast Corporation
One Comcast Center
Philadelphia, PA  19103

Equable Ascent Financial
1120 W. Lake Cook Rd, Ste B
Buffalo Grove, IL  60089

American Collections Enterprise Inc
205 S Whiting St Ste 500
Alexandria, VA  22304

ComEd Company
Attn: Claims Department
3 Lincoln Center
Oak Brook, IL  60181

FirstSource Advantage LLC
205 Bryant Woods South
Amherst, NY  14228

American Financial Credit Services Inc
10333 N Meridian St, Ste 270
Indianapolis, IN  46290

Community Disposal
PO Box 6
Sandwich, IL  60548

FMS Inc
4915 S Union Ave
Tulsa, OK  74107

Apex Financial Management LLC
PO Box 2219
Northbrook, IL  60065

Comprehensive Imaging Assoc PC
55 E 86th Ave, Suite A
Merrillville, IN  46411

GE Capital Retail Bank
170 West Election Road, Suite 125
Draper, UT  84020

Asset Acceptance
PO Box 2036
Warren, MI  48090

DeKalb County Health Department
Family Planning Program
2550 N Annie Glidden Rd
DeKalb, IL  60115

Giancarlo Cesario
3830 E New York St, Apt. 321
Aurora, IL  60504

Associated Recovery Systems
PO Box 469046
Escondido, CA  92046

Dependon Collection Service Inc
PO Box 4833
Oak Brook, IL  60522

Hair Professionals School of Cosmetology
5460 Rte 34
Oswego, IL  60543

Capital Management Services LP
726 Exchange St, Ste 700
Buffalo, NY  14210

Discover
PO Box 30943
Salt Lake City, UT  84130

IC System Inc
444 Highway 96 East, PO Box 64886
St Paul, MN  55164

Chase
PO Box 15298
Wilmington, DE  19850

Emergency Treatment SC
900 Jorie Blvd, Ste 220
Oak Brook, IL  60523

JPMorgan Chase Bank
PO Box 36520
Louisville, KY  40233

| | | |
|---|---|---|
| Kohls<br>PO Box 3004<br>Milwaukee, WI  53201 | Priority Health<br>201 E Veterans Pkwy<br>Yorkville, IL  60560 | Sisters Of St Francis Health Services<br>Northern Indiana Region<br>35682 Eagleway<br>Chicago, IL  60678 |
| Kryger, Michael<br>2 S 427 Golf View Dr<br>Glen Ellyn, IL  60137 | Receivable Management Services<br>4836 Brecksville Rd, PO Box 523<br>Richfield, OH  44286 | Slingerland & Associates<br>114 W State St<br>Sycamore, IL  60178 |
| Midland Credit Management Inc<br>PO Box 60578<br>Los Angeles, CA  90060 | | Smith, Wykes & Oncken PC<br>513 W State St<br>Sycamore, IL  60178 |
| MiraMed Revenue Group<br>Dept 77304<br>PO Box 77000<br>Detroit, MI  48277 | Receivables Performance Management LLC<br>20816 44th Ave W<br>Lynnwood, WA  98036 | St Margaret Mercy Med Assoc<br>5454 Hohman Ave<br>Hammond, IN  46320 |
| National Bank & Trust Co<br>230 W State St<br>Sycamore, IL  60178 | RJM Acquisitions LLC<br>575 Underhill Blvd, Ste 224<br>Syosset, NY  11791 | Suntrust Mortgage<br>901 Semmes Avenue<br>Richmond, VA  23224 |
| Nicor<br>PO Box 632<br>Aurora, IL  60568 | Rush Copley Medical Center<br>2000 Ogden Ave<br>Aurora, IL  60504 | T-Mobile Bankruptcy Team<br>PO Box 53410<br>Bellevue, WA  98015-3410 |
| Pathology Consultants Inc<br>5935 Rivers Ave, Ste 101<br>N Charleston, SC  29406 | Saint Anthony Medical Center<br>5666 E. State Street<br>Rockford, IL  61108 | Target National Bank<br>PO Box 660170<br>Dallas, TX  75266 |
| PH Miller Elementary School<br>904 N Lew St<br>Plano, IL  60545 | Sandwich, City Of<br>Water And Sewer Department<br>144 E Railroad St<br>Sandwich, IL  60548 | TCF Bank<br>800 Burr Ridge Parkway<br>Burr Ridge, IL  60527 |
| Plano Community Library<br>15 W. North Street<br>Plano, IL  60545 | Scholastic Corporation<br>557 Broadway<br>New York, NY  10012 | Transworld Systems Inc<br>25 Northwest Point Blvd, Ste 750<br>Elk Grove Village, IL  60007 |
| PLS Loan Store<br>129 E South St<br>Plano, IL  60545 | SiriusXM<br>1221 Avenue of the Americas<br>New York, NY  10020 | Tritium Card Services<br>865 Merrick Ave, 4th Floor<br>Westbury, NY  11590 |

**Unique National Collections**
**119 E Maple St**
**Jeffersonville, IN  47130**


**US Departent Of Education**
**Direct Loan Servicing, Borrower Services**
**PO Box 5609**
**Greenville, TX  75403**


**Vision Financial Corp**
**PO Box 900**
**Purchase, NY  10577**


**Waste Management Of Illinois**
**1411 Opus Place, Ste 400**
**Downers Grove, IL  60515**


**Weltman Weinberg & Reis**
**180 N LaSalle St, Ste 2400**
**Chicago, IL  60601**


**World Financial Network Bank**
**One Righter Parkway**
**Wilmington, DE  19803**